IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WUA XIONG,

    Petitioner,                 JUDGMENT IN A CIVIL CASE

v.                                Case No. 12-cv-901-bbc

WARDEN DITTMAN,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Wua Xiong for a writ of habeas corpus under 28 U.S.C. § 2254 as untimely.

| /s/ | 8/26/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |